# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

Mert Duymayan,

    Plaintiff,

v.

Discount Firearms and Ammo, et al.,

    Defendants.

Case No. 2:25-cv-01623-JAD-BNW

**ORDER**

Pro se plaintiff brings this civil-rights case under 42 U.S.C. § 1983 against several defendants on the basis that his Second Amendment right was violated. He moves to proceed *in forma pauperis*. ECF No. 25. Plaintiff submitted the affidavit required by 28 U.S.C. § 1915(a) showing an inability to prepay fees or costs or give security for them. As a result, his request to proceed *in forma pauperis* will be granted. The duplicate requests at ECF Nos. 22, 23, and 24 are **DENIED** as moot. The court will screen Plaintiff's amended complaint (ECF No. 25-1), as required by 28 U.S.C. § 1915(e)(2), in due course.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 25) is **GRANTED**. Plaintiff will not be required to pay the filing fee in this action. Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of a security for fees or costs.

**IT IS FURTHER ORDERED** that the duplicate applications at ECF Nos. 22, 23, and 24 are **DENIED** as moot.

DATED: October 2, 2025

                                              BRENDA WEKSLER
                                              UNITED STATES MAGISTRATE JUDGE