**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mert Duymayan, | Case No.: 2:25-cv-01623-JAD-BNW |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Dismissing Case** |
| Discount Firearms & Ammo, et al., | [ECF No. 32] |
| Defendants | |

Pro se plaintiff  Mert Duymayan brings this civil-rights action against Discount Firearms & Ammo, Nevada Tactical, and the United States of America, claiming that his Second Amendment rights were violated because he was not allowed to purchase a firearm while on Deferred Action for Childhood Arrivals (DACA) status.  His third amended complaint was screened and dismissed without prejudice but with leave to amend and an explanation of the pleading's deficiencies.[1]  Duymayan filed a fourth amended complaint, the magistrate judge has screened it, and she now recommends that this case be dismissed with prejudice because the continued deficiencies that plague this pleading demonstrate that Duymayan is unable to state a plausible claim.[2]  The deadline for Duymayan to object to that recommendation was April 15, 2026, and he filed no objection and did not ask to extend the deadline to do so.  "District judges must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."[3]

---

[1] ECF No. 21.

[2] ECF No. 32.

[3] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (cleaned up) (emphasis omitted).

Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the report and recommendation **[ECF No. 32] is adopted in full, and THIS CASE IS DISMISSED with prejudice.** The Clerk of Court is directed to **ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 17, 2026